# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, G.G. GERDING**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## VIRGIL W. YOUNG-SHINAULT
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201400079
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 17 October 2013.
**Military Judge:** Col Deborah M. McConnell, USMC.
**Convening Authority:** Commanding General, 2d Marine Division, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** Maj J.N. Nelson, USMC.
**For Appellant:** CDR Christopher E. Roper, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**27 May 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court